

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00336-CV

**IN THE MATTER OF C.H.R.**, a Juvenile

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-JUV-00495
The Honorable Carmen Kelsey, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

We order that no costs be assessed against appellant C.H.R. because he is indigent.

SIGNED March 11, 2015.

Marialyn Barnard, Justice